WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

**S.J. BEAULIEU, JR.**
CHAPTER 13 TRUSTEE
433 METAIRIE ROAD, SUITE 307
METAIRIE, LA 70005

JPMORGAN CHASE BANK
SYRACUSE, NY 13206

50-937 / 213

**0610806**

DATE: Aug 20, 2009

PAY Exactly Eight Hundred Thirty Seven And 59/100 Dollars

TO THE ORDER OF
UNITED STATES BANKRUPTCY COURT
STE B-601
500 POYDRAS ST
NEW ORLEANS, LA 70130

$\*\*\*\*\*\*\*\*837.59

(VOID UNLESS PRESENTED WITHIN 90 DAYS FROM DATE)

*S.J. Beaulieu Jr.*

⑆0610806⑆ ⑈021309379⑈ 601836968⑈

RUB OR BREATHE ON THE PINK LOCK & KEY ICONS - COLOR WILL FADE AND RETURN ON AN AUTHENTIC CHECK - IF COLOR DOES NOT FADE DO NOT ACCEPT

---

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

\# 226062    - KF
\* \* C O P Y \* \*
August 25, 2009
16:13:56

**TREASURY REGFUND**
Trustee: S. Beaulieu
Amount.:           $837.59 CH
Check#.: 0610806

Total-> $837.59

FROM: BEAULIEU

8/25/09
DEPOSITED TO
6047BK
VARIOUS CHAPTER 13 ACCTS.
(BOOK #14)
         CVogel

The attached check represents payments found to be undeliverable, detailed below, for deposit into the registry of the court.

Registry Check #610806

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 03-14467 | JOSEPH, LEONARD J<br>7642 SCOTTWOOD DR<br>NEW ORLEANS LA 70128 | 5.21 | (debtor) |
| 04-19452 | GUIDRY, LYNDON<br>GUIDRY, DOROTHY<br>1104 TENNESSEE ST<br>NEW ORLEANS LA 70117 | 2.40 | READY CASH<br>316 WEST JUDGE PEREZ<br>CHALMETTE LA 70043 |
| 04-19452 | GUIDRY, LYNDON<br>GUIDRY, DOROTHY<br>1104 TENNESSEE ST<br>NEW ORLEANS LA 70117 | 3.56 | KIRSCHMANS<br>5050 ALMONASTER RD<br>NEW ORLEANS LA 70126 |
| 04-19452 | GUIDRY, LYNDON<br>GUIDRY, DOROTHY<br>1104 TENNESSEE ST<br>NEW ORLEANS LA 70117 | 33.76 | CITY OF NEW ORLEANS<br>SUITE 1840<br>1515 POYDRAS<br>NEW ORLEANS LA 70112 |
| 05-10025 | BELTEKY, JULIUS HAROLD<br>2133 BROWNING LANE<br>TERRYTOWN LA 70056 | 223.00 | (debtor) |
| 05-13891 | SPURLOCK, SHIRLEY B<br>5027 CONGRESS DR<br>NEW ORLEANS LA 70126 | 97.12 | KIRSCHMAN'S<br>6750 SIEGEN LN<br>BATON ROUGE LA 70809 |
| 05-19757 | HALTON, ROBERT LIONEL<br>HALTON, SHERRY LYNN<br>10076 WEBB RD<br>HAMMOND LA 70403 | 8.54 | (debtor) |
| 07-11734 | STIEBING JR, GARY<br>4011 COLORADO AVE<br>KENNER LA 70065 | 464.00 | (debtor) |

$837.59