UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: GARY STIEBING, JR.          BANKRUPTCY CASE NO. 07-11734A

    Debtor                              CHAPTER 13

## ORDER

On March 22, 2011, the motion of Gregory J. Stiebing for the payment of unclaimed funds came on for hearing. Present were Robert G. Stassi, attorney for mover and John C. Morris, attorney for Bank of New York Mellon as Successor Trustee Under Novastar Mortgage Funding Trust Series 2005 3.

Mr. Morris stated that the mortgage balance is currently in excess of $74,000.00, whereas the amount of unclaimed funds in the registry of the court is $63,773.20, but that his client is willing to accept said funds in full payment and satisfaction of its mortgage, with the foreclosure suit to be dismissed and any associated liens of record cancelled. Mr. Stassi stated that his client had no objection to the court ordering all such funds paid to Mr. Morris's client in satisfaction of the mortgage. The motion and the documents attached and/or submitted to the court establish that the mortgagee is entitled to the unclaimed funds and that proper notice of the motion was given to the United State Attorney for the Eastern District of Louisiana. Considering the statements of counsel, and the record in this matter;

IT IS ORDERED that the unclaimed funds in this case, in the amount of $63,773.20, be paid to Bank of New York Mellon as Successor Trustee Under Novastar Mortgage Funding Trust Series 2005 3, in full satisfaction of any and all mortgage indebtedness of mover and the debtor with respect to their property at 4011 Colorado Ave., Kenner, Louisiana 70065.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to pay this amount to the bank and mail the check to the bank's counsel of record, Benjamin B. Dean, Esq., Dean Morris, LLP, 1505 North 19th Street, Monroe, Louisiana 71207-2867.

New Orleans, Louisiana, April 11, 2011.

                                        Hon. Elizabeth W. Magner
                                        U.S. Bankruptcy Judge